=================================================================

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

=================================================================

| | |
|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC and REPUBLIC TOBACCO, LP,  §§§§§§§§§§§ Plaintiffs, versus THERESA M. GROSS d/b/a TEES CHEAP TOBACCO, Defendant. | NO. 1:20-CV-00390-MAC-ZJH |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 5, 2021, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge. (#7). Pending before the court are Plaintiffs/Counter-Defendants Republic Technologies (NA), LLC and Republic Tobacco LP's ("Republic") Motion to Dismiss, or in the Alternative, Motion for More Definite Statement ("First Motion to Dismiss") (#34) and Motion to Dismiss Amended Counterclaims (#52). On December 8, 2022, the magistrate judge issued his Report and Recommendation, recommending that the District Court deny Republic's First Motion to Dismiss (#34) as moot because Gross's Amended Counterclaims (#50) superseded this motion. In the same report, the magistrate judge recommended granting Republic's Motion to Dismiss Amended Counterclaims (#52).

On December 28, 2022, *pro se* Defendant/Counter-Plaintiff Theresa M. Gross d/b/a Tees Cheap Tobacco [hereinafter, "Gross"] filed a pending Objection to the magistrate judge's Report and Recommendation (#59), as well as a Demand for Trial by Jury ("Demand") (#60). The court conducted a *de novo* review of the objections in relation to the parties' filings and the

applicable law. 28 U.S.C. § 636(b)(1)(C). After careful consideration, the court finds the objections have no merit and that Judge Hawthorn correctly concluded that Republic's First Motion to Dismiss (#34) should be denied as moot, and that Republic's Motion to Dismiss Amended Counterclaims (#52) should be granted.

It is therefore **ORDERED** that the report and recommendation of the magistrate judge (#57) is **ADOPTED.** Plaintiff/Counter-Defendants Republic Technologies (NA), LLC and Republic Tobacco LP's Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (#34) is **DENIED AS MOOT**, and Plaintiff/Counter Defendants' Motion to Dismiss Amended Counterclaims (#52) is **GRANTED**.

SIGNED at Beaumont, Texas, this 11th day of January, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE